UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ADRIENNE CALLEJA,

                        Plaintiff,

  -against-

BEE READY FISHBEIN HATTER & DONOVAN, LLP,

                        Defendant.
------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 2:15-cv-05485

Whereas, the opposing party in the above captioned action has neither served or filed an answer, nor a motion for summary judgment, and the time to do so has not run, pursuant to F.R.C.P. 41(a)(1)(A)(i), the plaintiff ADRIENNE CALLEJA by and through her attorney, BERLINGIERI LAW, PLLC, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant BEE READY FISHBEIN HATTER & DONOVAN, LLP.

Dated: New York, New York
       October 26, 2015

Respectfully submitted,

BERLINGIERI LAW, PLLC
*Attorney for Plaintiff*
244 Fifth Avenue, Suite F276
New York, New York 10001
Tel.:  (347) 766-5105
Fax:  (347) 766-5105
Email: cjb@nyctlaw.com

By: *[signature]*
CHRISTOPHER BERLINGIERI (CB 1988)